No. 900. SULLIVAN *v.* UNITED STATES. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Irving A. Jennings* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John H. McEvers* for the United States.

No. 904. SKELLY *v.* UNITED STATES; and

No. 905. BERMAN *v.* SAME. May 27, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Mortimer H. Boutelle* and *J. B. Dudley* for petitioners. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 907. OHIO CASUALTY INSURANCE CO. *v.* ROSAIA ET AL. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henry Elliott, Jr.,* for petitioner. *Messrs. Elias A. Wright* and *Sam A. Wright* for respondents.

No. 908. KUMAKI KOGA ET AL. *v.* CARR, DISTRICT DIRECTOR OF IMMIGRATION. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Arthur E. Cook* and *J. Edward Keating* for petitioners. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.